**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| PROMOTIONAL TECHNOLOGIES, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC. AND ZYNGA, INC.<br><br>　　　　　Defendants. | Case No.:  3:11-cv-03488-P |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule CV 83.12, Samuel O'Rourke files this Motion respectfully requesting that he be withdrawn as counsel in this case for Defendant Facebook, Inc.

Defendant Facebook has authorized the withdrawal of its counsel Samuel O'Rourke.

Attorneys Heidi Keefe and Deron Dacus remain as Counsel of Record for Facebook, Inc.

A proposed Order granting withdrawal is attached hereto.

| | |
|---|---|
| Date: October 30, 2012 | Respectfully submitted, |
| Of Counsel: | |
| COOLEY LLP | */s/ Heidi L. Keefe (w/ permission from Samuel O'Rourke*  |
| Michael G. Rhodes (CA Bar No. 116127)<br>101 California St., 5th Floor<br>San Francisco, California  94111<br>Tel:  (415) 693-2000<br>mrhodes@cooley.com | Deron R. Dacus<br>Texas Bar No. 00790553<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 705-1117<br>ddacus@dacusfirm.com |
| Heidi L. Keefe (CA Bar 178960)<br>Mark R. Weinstein (CA Bar 193043)<br>Elizabeth L. Stameshkin (CA Bar 260865)<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Phone:  (650) 843-5000<br>Fax:     (650) 857-0663<br>hkeefe@cooley.com<br>mweinstein@cooley.com<br>estameshkin@cooley.com | *Attorneys For Defendant Facebook, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this was served on all counsel who are deemed to have consented to electronic service.  Local  Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this 30th day of October, 2012.

                                                        /s/ *Heidi L. Keefe*
                                                        Heidi L. Keefe

1072566 v1/HN