IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PROMOTIONAL TECHNOLOGIES, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | 3:11-cv-03488-P |
| FACEBOOK, INC. and ZYNGA, INC., | § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Samuel O'Rourke's Motion to Withdraw as Attorney of Record for Facebook, Inc. Upon consideration, the Court GRANTS this Motion. Therefore, Samuel O'Rourke is excused from further responsibility in this case and the District Clerk is hereby instructed to remove Samuel O'Rourke as attorney of record in this case. Heidi Keefe and Deron Dacus remain as Counsel of Record for Facebook, Inc.

**IT IS SO ORDERED.**

Signed this 31st day of October, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE