**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| PROMOTIONAL TECHNOLOGIES, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC., AND ZYNGA, INC.<br><br>　　　　　Defendants. | Case No.:  3:11-CV-03488-P |

## MOTION TO WITHDRAW AS COUNSEL

　　Pursuant to Local Rule CV 83.12, Renee Lawson files this Motion respectfully requesting that she be withdrawn as counsel in this case for Defendant Zynga, Inc.

　　Defendant Zynga, Inc. has authorized the withdrawal of its counsel Renee Lawson.

　　Attorneys Eric Lamison, Sarah E. Piepmeier, and Keith McDole remain as Counsel of Record for Zynga, Inc.

　　A proposed Order granting withdrawal is attached hereto.

Date:  November 5, 2012        Respectfully submitted,

                               _/s/ Sarah E. Piepmeier w/ permission_ _____

                               Sarah E. Piepmeier  (*admitted Pro Hac Vice*)
                               California Bar 227094
                               KIRKLAND & ELLIS LLP
                               555 California Street, 27th FL
                               San Francisco, CA 94104
                               Phone:  (415) 439-1400
                               Fax:     (415) 439-1500
                               sarah.piepmeier@kirkland.com

                               *Attorneys For Defendant*
                               *Zynga, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this **NOTICE OF WITHDRAWAL OF COUNSEL** was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, overnight mail or facsimile on this 5th day of November, 2012.

/s/ *Sarah E. Piepmeier*
Sarah E. Piepmeier