

United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of
U.S. Magistrate Judge David L. Horan

214/753-2400

December 17, 2012

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas  75242

      Re:    Recusals

Dear Ms. Mitchell:

    I hereby recuse myself from the following case pursuant to the provisions of 28 U.S.C. § 455(a). I would appreciate it if you would please reassign these cases to another magistrate judge in accordance with the usual procedure.

          Cause No. 3:11-cv-358-L
          *Moreland, et al. v. USA*

          Cause No. 3:11-cv-3010-D
          *Hargest, et al. v. Seterus, Inc., et al.*

          Cause No. 3:11-cv-3488-P
          *Promotional Technologies LLC v. Facebook, Inc., et al.*

          Cause No. 3:12-cv-492-L
          *Norman v. TRS Recovery Services, Inc.*

          Sincerely,

          David L. Horan

cc:    Chief Judge Fitzwater
       Judge Lindsay
       Judge Solis
DLH