IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PROMOTIONAL TECHNOLOGIES, LLC, | |
| Plaintiff, | Case No. 3:11-cv-03488-P |
| v. | PATENT CASE |
| FACEBOOK, INC. AND ZYNGA, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

**STIPULATION AND AGREED EXTENSION OF TIME TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS AND DOCUMENTS**

IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of this Court, that the time for Promotional Technologies, LLC to serve its Asserted Claims and Preliminary Infringement Contentions and produce the documents associated therewith pursuant to Miscellaneous Order No. 62, 3-1 and 3-2 is extended up to and including **February 22, 2013**.

IT IS FURTHER STIPULATED by the undersigned parties, subject to the approval of this Court, that the time for Facebook, Inc. and Zynga Inc. to serve their Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures is extended up to and including **March 8, 2013**, and that the time to serve their Preliminary Invalidity Contentions and produce the documents associated therewith pursuant to Miscellaneous Order No. 62, 3-3 and 3-4 is extended up to and including **April 22, 2013**.

Respectfully submitted,

s/ *Jay B. Johnson*
**JAY B. JOHNSON**
State Bar No. 24067322
jay@brownfoxlaw.com
**D. BRADLEY KIZZIA**
State Bar No. 11547550
brad@brownfoxlaw.com
**BROWN FOX KIZZIA & JOHNSON PLLC**
8226 Douglas Avenue, Suite 411
Dallas, Texas 75225
(469) 893-9941 (Phone)
(214) 613-3330 (Fax)

**ATTORNEYS FOR PLAINTIFF
PROMOTIONAL TECHNOLOGIES, LLC**

**AGREED TO BY:**

See Attached
Heidi L. Keefe (admitted pro hac vice)
State Bar No. 178960
Jeffrey T. Norberg (admitted pro hac vice)
State Bar No. 215087
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663
hkeefe@cooley.com
jnorberg@colley.com

Deron R. Dacus
State Bar No. 00790553
The Dacus Law Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

ATTORNEYS FOR DEFENDANT
FACEBOOK, INC.


**AGREED TO BY:**

*/s/ Sarah E. Piepmeier*
Eric Lamison*
State Bar No. 178262
Sarah E. Piepmeier*
State Bar No. 227094
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94101
Phone: (415) 439-1400
Fax: (415) 439-1500
eric.lamison@kirkland.com
sarah.piepmeier@kikland.com
* admitted pro hac vice

Keith C. McDole
State Bar No. 13533740
Robert W. Turner
State Bar No. 20329000
McDole, Kennedy & Williams, PC
1700 Pacific Avenue, Suite 1280
Dallas, Texas 75201
Phone: (214) 979-1122
Fax: (214) 979-1123
kmcdole@cmdolewilliams.com
rturner@mcdolewilliams.com

ATTORNEYS FOR DEFENDANT
ZYNGA, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to counsel for defendants in accordance with the Federal Rules of Civil Procedure on this the 8th day of February, 2013.

s/ *Jay B. Johnson*
**JAY B. JOHNSON**

## Samantha Cooper

**To:** Jay Johnson
**Subject:** RE: Promo Tech v. Facebook, et al., 11-cv-03488

---

**From:** Norberg, Jeffrey [mailto:jnorberg@cooley.com]
**Sent:** Thursday, February 07, 2013 12:34 PM
**To:** Piepmeier, Sarah E.; Jay Johnson
**Cc:** Brad Kizzia; 'cdavis@chelseadavispc.com'
**Subject:** RE: Promo Tech v. Facebook, et al., 11-cv-03488

Hi Jay,

Facebook also agrees to the extension outlined by Sarah, below.

Thanks,

Jeff

---

**From:** Piepmeier, Sarah E. [mailto:sarah.piepmeier@kirkland.com]
**Sent:** Thursday, February 07, 2013 10:15 AM
**To:** 'jay@brownfoxlaw.com'; Norberg, Jeffrey
**Cc:** 'brad@brownfoxlaw.com'; 'cdavis@chelseadavispc.com'
**Subject:** Re: Promo Tech v. Facebook, et al., 11-cv-03488

Jay,

Sorry for the false start -- I hit send too quickly.

Your proposal is acceptable to Zynga. Specifically, Plaintiff would have a two-week extension for serving its Rule 3-1 and 3-2 disclosures -- until February 22. Defendants would have until March 8 for their Rule 26(a)(1) disclosures and an additional two weeks beyond what's in the current scheduling order for their Rule 3-3 and 3-4 disclosures. Please feel free to forward the paperwork.

Thanks.

Regards,
Sarah


Sarah E. Piepmeier | Kirkland & Ellis LLP
555 California Street | San Francisco, CA 94104
+1-415-439-1976 Direct | sarah.piepmeier@kirkland.com

---

**From:** Jay Johnson [mailto:jay@brownfoxlaw.com]
**Sent:** Wednesday, February 06, 2013 05:22 PM
**To:** Piepmeier, Sarah E.; 'jnorberg@cooley.com' <jnorberg@cooley.com>
**Cc:** Brad Kizzia <brad@brownfoxlaw.com>; 'Chelsea Davis' <cdavis@chelseadavispc.com>
**Subject:** RE: Promo Tech v. Facebook, et al., 11-cv-03488

Sara,

1

Plaintiff requests a two-week extension for serving its Rule 3-1 and 3-2 disclosures making the due date February 22, 2013. I anticipate that this will trigger a request from you to extend the date for your Rule 26(a)(1) disclosures until March 8, 2013 and possibly a similar extension for Defendants' Rule 3-3 and 3-4 disclosures. To the extent Defendants so request, we agree. Please let me know whether Defendants agree to our request and we will handle the paperwork.

Regards,
Jay



Jay Johnson
Brown Fox Kizzia & Johnson PLLC
**750 N. St. Paul St., Suite 1320**
**Dallas, Texas 75201**
(o)   469.893.9941
(m)  214.642.7352
(f)   214.613.3330
www.brownfoxlaw.com

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Brown Fox Kizzia & Johnson PLLC immediately (by replying to this message or calling 214.613.3350) and immediately destroy all copies of this message and any attachments. Thank you.

*************************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.